STATE OF LOUISIANA
COURT OF APPEAL, THIRD CIRCUIT

14-142 c/w CW13-1300 and 14-5

PINE PRAIRIE ENERGY CENTER, L.L.C. AND THE INDUSTRIAL
DEVELOPMENT BOARD NO. 1 OF THE PARISH OF EVANGELINE,
STATE OF LOUISIANA, INC.

VERSUS

EDDIE SOILEAU, SHERIFF AND EX OFFICIO TAX COLLECTOR,
PARISH OF EVANGELINE, STATE OF LOUISIANA AND DIRK
DEVILLE, ASSESSOR, EVANGELINE PARISH, STATE OF LOUISIANA

************

APPEAL FROM THE
THIRTEENTH JUDICIAL DISTRICT COURT
PARISH OF EVANGELINE, NO. 73894-B
HONORABLE THOMAS FUSELIER, JUDGE

************

J. DAVID PAINTER
JUDGE

************

Court composed of Sylvia R. Cooks, J. David Painter, and Phyllis M. Keaty,
Judges.

Cook, J., dissents.

AFFIRMED.

Brian A. Eddington
8941 Jefferson Hwy, Ste. 200
Baton Rouge, LA 70809
COUNSEL FOR DEFENDANTS-APPELLANTS:
    Eddie Soileau, Sheriff and Ex Officio Tax Collector for Evangeline
    Parishand Dirk Deville, Assessor for Evangeline Parish

Jesse R. Adams, III
Andre B. Burvant
201 St. Charles Ave., 51st Fl.
New Orleans, LA 70170
COUNSEL FOR PLAINTIFFS-APPELLEES:
    Pine Prairie Energy Center, LLC, and Plains Marketing, L.P. and the
    Industrial Development Board No. 1 of the Parish of Evangeline, State
    of Louisiana, Inc.

**Anthony L. Walker**
**1101 W. Main St.**
**Ville Platte, LA 70586**
**COUNSEL FOR PLAINTIFF-APPELLEE:**
    **Industrial Development Board No. 1 of the Parish of Evangeline, State of Louisiana, Inc.**

**PAINTER, Judge.**

For the reasons set forth in the companion case hereto, *Pine Prairie Energy Center, L.L.C. And Plains Marketing, L.P. vs. Eddie Soileau, Sheriff And Ex Officio Tax Collector, Parish Of Evangeline, State Of Louisiana and Dirk Deville, Assessor, Evangeline Parish, State Of Louisiana*, 14-5 c/w 13-1300, (La.App. 3 Cir. __/__/14) ___ So.3d ___, the judgment of the trial court is affirmed. Costs of this appeal are assessed to the Defendants-Appellants, Eddie Soileau, Sheriff and Ex Officio Tax Collector for Evangeline Parish, and Dirk Deville, Assessor for Evangeline Parish.

**AFFIRMED.**